GARY M. RESTAINO
United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-21-00600-PHX-DLR |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | |
| 1. Chris Oliver, (Counts 1–78) | VIO: 18 U.S.C. § 371 (Conspiracy to Make False Statements in Acquisition of Firearms) Count 1 |
| 2. Michael Troy Kelly, Jr., (Counts 1, 62) | 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D) (Dealing Firearms without a License) Count 2 |
| 3. Dion Delpino, and (Counts 1, 63–64) | |
| 4. Eric Roy Rathbun, II, (Counts 1, 65–76) | 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 3–78 |
| Defendants. | 18 U.S.C. § 2 (Aid and Abet) Counts 62–76 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

From on or about July 9, 2019 through on or about November 11, 2020, within the District of Arizona, Defendants CHRIS OLIVER, MICHAEL TROY KELLY, JR., DION DELPINO, and ERIC ROY RATHBUN, II did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements and representations to licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to purchase firearms from licensed dealers of firearms through the use of false statements and representations.

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase multiple firearms of the same make, model, and caliber while employing false statements and representations on the ATF Form 4473.

It was a further part of the conspiracy that other defendants and/or their co-conspirators would provide the purchased firearms to Defendant CHRIS OLIVER, and Defendant CHRIS OLIVER would then resell those firearms for profit.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about July 9, 2019, and November 10, 2020, Defendant CHRIS OLIVER, knowingly made a false statement and representation to 16 businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United

States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. On 61 separate occasions, Defendant CHRIS OLIVER executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that he knew to be false.

On November 11, 2020, in the District of Arizona, Defendant MICHAEL TROY KELLY, JR. knowingly made a false statement and representation to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. Defendant MICHAEL TROY KELLY, JR. executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that he knew to be false. Defendant MICHAEL TROY KELLY, JR. was directed by Defendant CHRIS OLIVER to make the false statement and representation. Pursuant to the directions of Defendant CHRIS OLIVER, Defendant MICHAEL TROY KELLY, JR. made the false statement and representation with the knowledge and intent that he would provide the firearm he obtained thereby to Defendant CHRIS OLIVER.

Between on or about April 30, 2020, and May 5, 2020, in the District of Arizona, Defendant DION DELPINO knowingly made a false statement and representation to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On two separate occasions, Defendant DION DELPINO executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that he knew to be false. Defendant DION DELPINO was directed by Defendant CHRIS OLIVER to make the false statement and representation. Pursuant to the direction of Defendant CHRIS OLIVER, Defendant

DION DELPINO made each false statement and representation with the knowledge and intent that he would provide each firearm he obtained thereby to Defendant CHRIS OLIVER.

Between on or about March 21, 2020, through on or about October 27, 2020, in the District of Arizona, Defendant ERIC ROY RATHBUN, II knowingly made a false statement and representation to six businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business. On eleven separate occasions, Defendant ERIC ROY RATHBUN, II executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement and representation that he knew to be false. Defendant ERIC ROY RATHBUN, II was directed by Defendant CHRIS OLIVER to make the false statement and representation. Pursuant to the directions of Defendant CHRIS OLIVER, Defendant ERIC ROY RATHBUN, II made each false statement and representation with the knowledge and intent that he would provide each firearm he obtained thereby to Defendant CHRIS OLIVER.

At the time of the commission of each of these aforementioned overt acts, none of the aforementioned defendants or their co-conspirators had a license or any other lawful authority to deal in firearms within the meaning of Chapter 44, Title 18, United States Code.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or between July 9, 2019, and November 11, 2020, in the District of Arizona, Defendant CHRIS OLIVER, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 3

On or about September 2, 2019, in the District of Arizona, Defendant CHRIS OLIVER, knowingly made false statements and representations to SOUTHERN PAWN, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of SOUTHERN PAWN, in that he executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew he was buying the firearm on behalf of another.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS 4 – 61

From on or about September 15, 2020, through on or about September 14, 2021, in the District of Arizona, Defendant CHRIS OLIVER knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant CHRIS OLIVER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he (1) resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address, and (2) was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 4. | September 15, 2020 | Al's American Guns & Ammo | Mesa, Arizona |
| 5. | October 27, 2020 | Al's American Guns & Ammo | Mesa, Arizona |

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 6. | November 10, 2020 | Al's American Guns & Ammo | Mesa, Arizona |
| 7. | March 28, 2020 | Ammo A-Z | Phoenix, Arizona |
| 8. | May 12, 2020 | Ammo A-Z | Phoenix, Arizona |
| 9. | July 14, 2020 | Ammo A-Z | Phoenix, Arizona |
| 10. | July 20, 2020 | Ammo A-Z | Phoenix, Arizona |
| 11. | July 24, 2020 | Ammo A-Z | Phoenix, Arizona |
| 12. | July 28, 2020 | Ammo A-Z | Phoenix, Arizona |
| 13. | August 5, 2020 | Ammo A-Z | Phoenix, Arizona |
| 14. | September 9, 2020 | Ammo A-Z | Phoenix, Arizona |
| 15. | September 14, 2020 | Ammo A-Z | Phoenix, Arizona |
| 16. | September 15, 2020 | Ammo A-Z | Phoenix, Arizona |
| 17. | September 22, 2020 | Ammo A-Z | Phoenix, Arizona |
| 18. | May 9, 2020 | Insight Guns LLC | Tempe, Arizona |
| 19. | May 11, 2020 | Insight Guns LLC | Tempe, Arizona |
| 20. | June 3, 2020 | Insight Guns LLC | Tempe, Arizona |
| 21. | September 23, 2019 | Southern Pawn | Mesa, Arizona |
| 22. | October 9, 2019 | Southern Pawn | Mesa, Arizona |
| 23. | February 28, 2020 | Southern Pawn | Mesa, Arizona |
| 24. | March 15, 2020 | Southern Pawn | Mesa, Arizona |
| 25. | March 21, 2020 | Southern Pawn | Mesa, Arizona |
| 26. | June 4, 2020 | Southern Pawn | Mesa, Arizona |
| 27. | June 18, 2020 | Southern Pawn | Mesa, Arizona |
| 28. | June 24, 2020 | Southern Pawn | Mesa, Arizona |
| 29. | July 21, 2020 | AZ Firearms and Accessories, Inc. | Tempe, Arizona |

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 30. | July 24, 2020 | AZ Firearms and Accessories, Inc. | Tempe, Arizona |
| 31. | August 10, 2020 | AZ Firearms and Accessories, Inc. | Tempe, Arizona |
| 32. | August 11, 2020 | AZ Firearms and Accessories, Inc. | Tempe, Arizona |
| 33. | August 24, 2020 | AZ Firearms and Accessories, Inc. | Tempe, Arizona |
| 34. | September 1, 2020 | AZ Firearms and Accessories, Inc. | Tempe, Arizona |
| 35. | July 13, 2020 | Pistol Parlor | Mesa, Arizona |
| 36. | July 29, 2020 | Pistol Parlor | Mesa, Arizona |
| 37. | August 6, 2020 | Pistol Parlor | Mesa, Arizona |
| 38. | August 11, 2020 | Pistol Parlor | Mesa, Arizona |
| 39. | August 19, 2020 | Pistol Parlor | Mesa, Arizona |
| 40. | August 24, 2020 | Pistol Parlor | Mesa, Arizona |
| 41. | September 1, 2020 | Pistol Parlor | Mesa, Arizona |
| 42. | September 2, 2020 | Pistol Parlor | Mesa, Arizona |
| 43. | September 14, 2020 | Pistol Parlor | Mesa, Arizona |
| 44. | September 22, 2020 | Pistol Parlor | Mesa, Arizona |
| 45. | July 9, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 46. | July 21, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 47. | July 24, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 48. | August 10, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 49. | August 11, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 50. | August 24, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 51. | September 10, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 52. | September 14, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 53. | October 21, 2020 | Caswell's Shooting Range | Mesa, Arizona |

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 54. | September 1, 2020 | Mo Money Pawn | Phoenix, Arizona |
| 55. | September 9, 2020 | Mo Money Pawn | Phoenix, Arizona |
| 56. | June 16, 2020 | True Guns | Apache Junction, Arizona |
| 57. | August 24, 2020 | Az Guns | Chandler, Arizona |
| 58. | August 24, 2020 | G2a/G2a Tactical | Mesa, Arizona |
| 59. | September 2, 2020 | Allegiant Arms | Mesa, Arizona |
| 60. | September 9, 2020 | MLS Arms | Phoenix, Arizona |
| 61. | September 14, 2020 | Shooter's World | Phoenix, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 62

On or about November 11, 2020, in the District of Arizona, Defendants MICHAEL TROY KELLY, JR. and CHRIS OLIVER knowingly made a false statement and representation to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept its records, in that Defendant MICHAEL TROY KELLY, JR. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate date below, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of Defendant CHRIS OLIVER:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 62. | November 11, 2020 | PISTOL PARLOR | Mesa, Arizona |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

//

**COUNTS 63 – 64**

From on or about April 30, 2020, through on or about May 5, 2020, in the District of Arizona, Defendants DION DELPINO and CHRIS OLIVER knowingly made a false statement and representation to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in its records, in that Defendant DION DELPINO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying each firearm on behalf of Defendant CHRIS OLIVER:

| Count | Date | Business Name | Business Location |
| --- | --- | --- | --- |
| 63. | April 30, 2020 | Insight Guns, LLC | Tempe, Arizona |
| 64. | May 5, 2020 | Insight Guns, LLC | Tempe, Arizona |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNTS 65–70**

From on or about March 21, 2020, through on or about April 30, 2020, in the District of Arizona, Defendants ERIC ROY RATHBUN, II and CHRIS OLIVER knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ERIC ROY RATHBUN, II did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying each firearm on behalf of Defendant CHRIS OLIVER:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 65. | March 21, 2020 | Southern Pawn | Mesa, Arizona |
| 66. | April 10, 2020 | Ammo A-Z | Phoenix, Arizona |
| 67. | April 27, 2020 | Insight Guns, LLC | Tempe, Arizona |
| 68. | April 28, 2020 | Insight Guns, LLC | Tempe, Arizona |
| 69. | April 29, 2020 | Insight Guns, LLC | Tempe, Arizona |
| 70. | April 30, 2020 | Insight Guns, LLC | Tempe, Arizona |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

## COUNTS 71–76

From on or about June 5, 2020, through on or about October 27, 2020, in the District of Arizona, Defendants ERIC ROY RATHBUN, II and CHRIS OLIVER knowingly made a false statement and representation to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant ERIC ROY RATHBUN, II did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate dates below, stating that he (1) resided at the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address, and (2) was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of Defendant CHRIS OLIVER:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 71. | June 5, 2020 | Insight Guns, LLC | Tempe, Arizona |
| 72. | May 5, 2020 | AZ Guns | Chandler, Arizona |
| 73. | July 8, 2020 | AZ Guns | Chandler, Arizona |
| 74. | October 3, 2020 | Pistol Parlour | Mesa, Arizona |

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 75. | October 3, 2020 | Caswell's Shooting Range | Mesa, Arizona |
| 76. | October 27, 2020 | Caswell's Shooting Range | Mesa, Arizona |

In violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

**COUNT 77**

On or about July 9, 2019, in the District of Arizona, Defendant CHRIS OLIVER knowingly made a false statement and representation to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in its records, in that Defendant CHRIS OLIVER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate date below, stating that he was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 77. | July 9, 2019 | C2 Tactical | Tempe, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 78**

On or about September 14, 2020, in the District of Arizona, Defendant CHRIS OLIVER knowingly made a false statement and representation to the business listed below, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in its records, in that Defendant CHRIS OLIVER did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record on the approximate date below, stating that he (1) resided at

the address listed on the Form 4473, when in truth and fact, he knew that he resided at a different address, and (2) was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, he knew that he was buying the firearm on behalf of another:

| Count | Date | Business Name | Business Location |
|---|---|---|---|
| 78. | September 14, 2020 | Scottsdale Gun Club | Scottsdale, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegation of Counts 1 through 78 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense alleged in Counts 1 through 78 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's/s' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

//

//

it is the intent of the United States to seek forfeiture of any other property of said defendant(s) up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*
FOREPERSON OF THE GRAND JURY
Date: May 10, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/*
COLEEN SCHOCH
Assistant U.S. Attorney

- 13 -